IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

Plaintiff,

vs.

STATE OF NEBRASKA,

Defendant.

**4:26CV3270**

**ORDER**

This matter is before the Court on its own motion. On September 3, 2026, Plaintiff Justin Gardner filed a notice of appeal, Filing No. 2, and a motion to proceed in forma pauperis ("IFP motion"), Filing No. 3. Because the documents were submitted together in the same envelope, the Court docketed both documents in this case. However, Gardner also filed what the Court construed as a Petition for Writ of Habeas Corpus on September 3, 2026, which was docketed in a separate case, 4:26CV3271. Filing No. 1, Case No. 4:26CV3271. The petition consisted of a portion of the Form AO 241 habeas petition but did not include the first page of the form with the caption identifying the parties. Subsequently, on September 8, 2026, Gardner submitted the remaining pages of the form petition, which the Court added as an attachment to the petition in Case No. 4:26CV3271 and which identified the respondent as Jennifer A. Huxoll. Filing No. 1-1, Case No. 4:26CV3271. Jennifer A. Huxoll is also listed as the respondent on Gardner's IFP motion in the present case, *see* Filing No. 3 at 1, and Gardner included a copy of a state court record from Lancaster County District Court case CR18-289, which is the same criminal case he challenges in his petition in Case No. 4:26CV3271, *compare* Filing No. 2, *with* Filing No. 1-1 at 1, Case No. 4:26CV3271.

Upon review, it appears Gardner intended the IFP motion and the CR18-289 state court record in this case to be filed with his habeas petition in Case No. 4:26CV3271. *See* Filing No. 2 at 2 (certificate of service identifying petition, state court record, and IFP motion as being mailed on same date as his notice of appeal). In the interests of justice and expediency, the Court will liberally construe Gardner's IFP motion as being intended for filing with both his notice of appeal in this case and with his habeas petition in Case No. 4:26CV3271 and will direct the Clerk of Court to file the IFP motion and the CR18-289 state court record in Case No. 4:26CV3271.

IT IS THEREFORE ORDERED that:

1. The Clerk of Court is directed to file the IFP motion in this case, Filing No. 3, as an IFP motion in Case No. 4:26CV3271.

2. The Clerk of Court is further directed to file page 3 of Filing No. 2 in this case—the "Denial of Habeas Application" from Lancaster County District Court case CR18-289—as a supplement to the petition in Case No. 4:26CV3271.

3. The Clerk of Court is directed to include a public remark in Case No. 4:26CV3271 that the IFP motion and supplement were filed in Case No. 4:26CV3271 pursuant to this order.

Dated this 15th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge